Rory MAYO, Petitioner-Appellee,

v.

ATTORNEY GENERAL, STATE OF HA-WAII, and Kase Higa, Judge of the Second Circuit, State of Hawaii, Respondents-Appellants.

No. 81–4678.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 1982.

Decided Nov. 9, 1982.

James H. Dannenberg, Honolulu, Hawaii, for respondents-appellants.

Earle A. Partington, Schweigert & Associates, Honolulu, Hawaii, for petitioner-appellee.

Appeal from the United States District Court for the District of Hawaii.

Before SCHROEDER, FLETCHER and NORRIS, Circuit Judges.

### ORDER

The judgment is affirmed for the reasons stated in the district court's opinion. *Mayo v. Attorney General, State of Hawaii,* 528 F.Supp. 833 (D.Haw.1981).